IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

NICOLE SMITH,

    Plaintiff,

v

AP ACCOUNT SERVICES, LLC.,

    Defendant.

Case No.: 5:14-cv-337-oc-30 PRL

Hon.

_____/

## COMPLAINT

NOW COMES Plaintiff, Nicole Smith, by and through her attorneys, Huron Law Group Florida, PLLC, and for her Complaint, states as follows:

### PRELIMINARY STATEMENT

1. Plaintiff brings this action based upon the Defendant's violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 *et seq.* In particular, Defendant continued collection attempts directed at Plaintiff after having knowledge that Plaintiff was represented by a law firm with respect to an alleged consumer debt.

### PARTIES, JURISDICTION AND VENUE

2. Plaintiff Nicole Smith is a natural person and resident of Ocala, Marion County, State of Florida, and a "consumer" as defined by the FDCPA.

3. Defendant AP Account Services, LLC. ("AP") is a debt collector under 15 U.S.C. § 1692a(6) incorporated in Texas with its principal place of business in San Antonio, Texas.

4. This court has jurisdiction over this Complaint pursuant to the FDCPA, 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Venue in this judicial district is proper because the

1

pertinent events took place here.

## STATUTORY STRUCTURE

5. Plaintiff incorporates by reference all other paragraphs of this Complaint.

6. The FDCPA was passed to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent state action to protect consumers against debt collection abuse. 15 U.S.C. § 1692.

7. Under the FDCPA, a "consumer" is any natural person obligated or allegedly obligated to pay any debt. 15 U.S.C. §1692a(3).

8. Under the FDCPA, "debt" means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes. 15 U.S.C. § 1692a(5).

9. Under the FDCPA, a "debt collector" is any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose for which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due to another. 15 U.S.C. § 1692a(6).

10. A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e.

## GENERAL ALLEGATIONS

11. Plaintiff incorporates by reference all other paragraphs of this Complaint.

12. On January 24, 2014 paralegal Tonna Stites of Huron Law Group PLLC received a call

from "Kiana", agent of AP, to discuss Ms. Smith's account ending in 5661. Although discussed, no resolution was reached. **(Affidavit of Aaron Hawley attached Exhibit 1)**

13. On January 30, 2014, paralegal Aaron Hawley, of Huron Law Group PLLC, received a call from Kiana to discuss Ms. Smith's account ending in 5661. Although discussed, no resolution was reached. **(Affidavit attached Exhibit 1)**

14. On or about February 25, 2014, Ms. Smith received a collection letter from AP in an attempt to collect the debt. **(Affidavit of Nicole Smith Exhibit 2)**.

15. On March 31, 2014, Ms. Smith received a phone call from "Mr. Ruby", an agent of AP, regarding her account ending in 5661. Ms. Smith informed Mr. Ruby that she was represented by Huron Law Group, PLLC and provided contact information. **(Affidavit attached Exhibit 2)**

16. On May 5, 2014, Ms. Smith received a voice message from AP. Ms. Smith returned the call and spoke to "John", and agent of AP, and informed him that she was represented by Huron Law Group and that she had provided Huron Law Group, PLLC, contact information. At this time Ms. Smith was informed by John that they will continue to call her until they received a power of attorney. **(Affidavit attached Exhibit 2)**

17. Despite the communication with Plaintiff's attorneys, Defendant contacted Plaintiff directly in an attempt to collect the alleged debt **(Affidavit attached Exhibit 2)**.

### COUNT I—15 U.S.C. § 1692c(a)(2) and 1692b(6)

18. Plaintiff incorporates by reference all other paragraphs of this Complaint.
19. Defendant improperly communicated with Plaintiff after having knowledge that Plaintiff

3

was represented by counsel with respect to the alleged debt.

20. Plaintiff's attorneys responded within a reasonable amount of time to all communications from Defendant.

21. Plaintiff's attorneys did not give Defendant permission to contact Plaintiff directly.

22. Defendant's actions described above constitute a violation of 15 U.S.C. § 1692c(a)(2) and 1692b(6) of the FDCPA.

WHEREFORE, Plaintiff requests the following relief:

A. Statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) and (B);

B. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and;

C. Such other relief as the Court deems just and equitable.

Respectfully submitted:

Dated: June 5, 2014

/s/ Kathy L. Houston
Kathy L. Houston (FL Bar #56042)
Huron Law Group Florida, PLLC
Attorneys for Plaintiff
30600 Telegraph Rd., Ste. 1240
Bingham Farms, MI 48025
(248) 440-7322
khouston@huronlawgroup.com

# EXHIBIT 1

## AFFIDAVIT OF AARON HAWLEY

STATE OF MICHIGAN

COUNTY OF OAKLAND

AARON HAWLEY, being first duly sworn, deposes and says that he is of suitable age and discretion to testify in a Court of law and that he makes this Affidavit based upon personal knowledge and, if called upon to testify, would testify as follows:

1. I, Aaron Hawley, am an employee and keeper of records for Huron Law Group PLLC.
2. In the normal course of business, our staff maintains records of every phone call and communication with a creditor and/or debt collector.
3. Pursuant to those records, Kiana at AP Account Services LLC called paralegal Tonna Stites on January 24, 2014 in regards to Nicole Smith's GECU account ending in 5661 with their office. Negotiations took place between Tonna and Kiana regarding Ms. Smith's GECU account.
4. On January 30, 2014 I, Aaron Hawley received a call from Kiana, an employee of AP Account Services LLC. Negotiations took place between Kiana and myself regarding Ms. Smith's GECU account.
5. Despite the communications between parties, Ms. Smith received a collection letter from AP Account ending in 5661 Services LLC dated February 25, 2014.

Further, Deponent sayeth not.

_____
AARON HAWLEY

Subscribed and sworn to before me
in Oakland County, Michigan
this 9th day of May, 2014.

_____
Notary Public
For the County of Washtenaw
My commission expires 2/9/2016

CHARLES N. DEGRYSE
Notary Public, State of Michigan
County of Washtenaw
My Commission Expires February 9, 2016

# EXHIBIT 2

## AFFIDAVIT OF NICOLE SMITH

STATE OF FLORIDA     )

COUNTY OF MARION   )

Nicole Smith, being first duly sworn, deposes and says that she is of suitable age and discretion to testify in a Court of law and that she makes this Affidavit based upon personal knowledge and, if called upon to testify, would testify as follows:

1. AP Account Services, LLC is attempting to collect a consumer debt from me.
2. I dispute that I owe AP Account Services, LLC the alleged debt.
3. I received a collection letter from AP Account Services, LLC dated February 25, 2014.
4. On March 31, 2014, I, Nicole Smith received a phone call from Mr. Ruby, an employee of AP Account Services, LLC, regarding a GECU account ending in 5661. I informed Mr. Ruby that I was represented by Huron Law Group and provided their contact information.
5. On May 5, 2014 I received a message from AP Account Services.
6. On May 5, 2014 I called 866-422-5412 and informed John, an employee of AP Account Services, that I was represented by Huron Law Group and that I provided them this information in the past. John informed me that they will continue to call me until they receive a power of attorney.

Further, Deponent sayeth not.

_/s/ Nicole Smith_
Nicole Smith

Subscribed and sworn to before me
in __Marion__ County, __Florida__
this __10th__ day of __May__, 2014.

_/s/ Notary_
Notary Public
For the County of __Marion__
My commission expires __Aug. 27, 2016__

STEPHANIE SALAS
Notary Public, State of Florida
Commission # EE 830669
My comm. expires Aug. 27, 2016

JUN 1 3 2014
**FILED**
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

NICOLE SMITH,

    Plaintiff,

Case No.: 5:14-cv-337-oc-30 PRL

Hon.

v

AP ACCOUNT SERVICES, LLC.,

    Defendant.

_____/

## COMPLAINT

NOW COMES Plaintiff, Nicole Smith, by and through her attorneys, Huron Law Group Florida, PLLC, and for her Complaint, states as follows:

### PRELIMINARY STATEMENT

1. Plaintiff brings this action based upon the Defendant's violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 *et seq.* In particular, Defendant continued collection attempts directed at Plaintiff after having knowledge that Plaintiff was represented by a law firm with respect to an alleged consumer debt.

### PARTIES, JURISDICTION AND VENUE

2. Plaintiff Nicole Smith is a natural person and resident of Ocala, Marion County, State of Florida, and a "consumer" as defined by the FDCPA.

3. Defendant AP Account Services, LLC. ("AP") is a debt collector under 15 U.S.C. § 1692a(6) incorporated in Texas with its principal place of business in San Antonio, Texas.

4. This court has jurisdiction over this Complaint pursuant to the FDCPA, 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Venue in this judicial district is proper because the

1

pertinent events took place here.

## STATUTORY STRUCTURE

5. Plaintiff incorporates by reference all other paragraphs of this Complaint.

6. The FDCPA was passed to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent state action to protect consumers against debt collection abuse. 15 U.S.C. § 1692.

7. Under the FDCPA, a "consumer" is any natural person obligated or allegedly obligated to pay any debt. 15 U.S.C. §1692a(3).

8. Under the FDCPA, "debt" means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes. 15 U.S.C. § 1692a(5).

9. Under the FDCPA, a "debt collector" is any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose for which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due to another. 15 U.S.C. § 1692a(6).

10. A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e.

## GENERAL ALLEGATIONS

11. Plaintiff incorporates by reference all other paragraphs of this Complaint.

12. On January 24, 2014 paralegal Tonna Stites of Huron Law Group PLLC received a call

2

from "Kiana", agent of AP, to discuss Ms. Smith's account ending in 5661. Although discussed, no resolution was reached. **(Affidavit of Aaron Hawley attached Exhibit 1)**

13. On January 30, 2014, paralegal Aaron Hawley, of Huron Law Group PLLC, received a call from Kiana to discuss Ms. Smith's account ending in 5661. Although discussed, no resolution was reached. **(Affidavit attached Exhibit 1)**

14. On or about February 25, 2014, Ms. Smith received a collection letter from AP in an attempt to collect the debt. **(Affidavit of Nicole Smith Exhibit 2)**.

15. On March 31, 2014, Ms. Smith received a phone call from "Mr. Ruby", an agent of AP, regarding her account ending in 5661. Ms. Smith informed Mr. Ruby that she was represented by Huron Law Group, PLLC and provided contact information. **(Affidavit attached Exhibit 2)**

16. On May 5, 2014, Ms. Smith received a voice message from AP. Ms. Smith returned the call and spoke to "John", and agent of AP, and informed him that she was represented by Huron Law Group and that she had provided Huron Law Group, PLLC, contact information. At this time Ms. Smith was informed by John that they will continue to call her until they received a power of attorney. **(Affidavit attached Exhibit 2)**

17. Despite the communication with Plaintiff's attorneys, Defendant contacted Plaintiff directly in an attempt to collect the alleged debt **(Affidavit attached Exhibit 2)**.

## COUNT I—15 U.S.C. § 1692c(a)(2) and 1692b(6)

18. Plaintiff incorporates by reference all other paragraphs of this Complaint.

19. Defendant improperly communicated with Plaintiff after having knowledge that Plaintiff

3

was represented by counsel with respect to the alleged debt.

20. Plaintiff's attorneys responded within a reasonable amount of time to all communications from Defendant.

21. Plaintiff's attorneys did not give Defendant permission to contact Plaintiff directly.

22. Defendant's actions described above constitute a violation of 15 U.S.C. § 1692c(a)(2) and 1692b(6) of the FDCPA.

WHEREFORE, Plaintiff requests the following relief:

A. Statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) and (B);

B. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and;

C. Such other relief as the Court deems just and equitable.

Respectfully submitted:

Dated: June 5, 2014

/s/ Kathy L. Houston
Kathy L. Houston (FL Bar #56042)
Huron Law Group Florida, PLLC
Attorneys for Plaintiff
30600 Telegraph Rd., Ste. 1240
Bingham Farms, MI 48025
(248) 440-7322
khouston@huronlawgroup.com

# EXHIBIT 1

## AFFIDAVIT OF AARON HAWLEY

STATE OF MICHIGAN

COUNTY OF OAKLAND

AARON HAWLEY, being first duly sworn, deposes and says that he is of suitable age and discretion to testify in a Court of law and that he makes this Affidavit based upon personal knowledge and, if called upon to testify, would testify as follows:

1. I, Aaron Hawley, am an employee and keeper of records for Huron Law Group PLLC.
2. In the normal course of business, our staff maintains records of every phone call and communication with a creditor and/or debt collector.
3. Pursuant to those records, Kiana at AP Account Services LLC called paralegal Tonna Stites on January 24, 2014 in regards to Nicole Smith's GECU account ending in 5661 with their office. Negotiations took place between Tonna and Kiana regarding Ms. Smith's GECU account.
4. On January 30, 2014 I, Aaron Hawley received a call from Kiana, an employee of AP Account Services LLC. Negotiations took place between Kiana and myself regarding Ms. Smith's GECU account.
5. Despite the communications between parties, Ms. Smith received a collection letter from AP Account ending in 5661 Services LLC dated February 25, 2014.

Further, Deponent sayeth not.

_[signature]_
AARON HAWLEY

Subscribed and sworn to before me
in Oakland County, Michigan
this 9th day of May, 2014.

_[signature]_
Notary Public
For the County of Washtenaw
My commission expires 2/9/2016

CHARLES N. DEGRYSE
Notary Public, State of Michigan
County of Washtenaw
My Commission Expires February 9, 2016

# EXHIBIT 2

## AFFIDAVIT OF NICOLE SMITH

STATE OF FLORIDA )

COUNTY OF MARION )

Nicole Smith, being first duly sworn, deposes and says that she is of suitable age and discretion to testify in a Court of law and that she makes this Affidavit based upon personal knowledge and, if called upon to testify, would testify as follows:

1. AP Account Services, LLC is attempting to collect a consumer debt from me.
2. I dispute that I owe AP Account Services, LLC the alleged debt.
3. I received a collection letter from AP Account Services, LLC dated February 25, 2014.
4. On March 31, 2014, I, Nicole Smith received a phone call from Mr. Ruby, an employee of AP Account Services, LLC, regarding a GECU account ending in 5661. I informed Mr. Ruby that I was represented by Huron Law Group and provided their contact information.
5. On May 5, 2014 I received a message from AP Account Services.
6. On May 5, 2014 I called 866-422-5412 and informed John, an employee of AP Account Services, that I was represented by Huron Law Group and that I provided them this information in the past. John informed me that they will continue to call me until they receive a power of attorney.

Further, Deponent sayeth not.

_Nicole Smith_
Nicole Smith

Subscribed and sworn to before me
in Marion County, Florida
this 10th day of May, 2014.

_signature_
Notary Public
For the County of Marion
My commission expires Aug. 27, 2016

STEPHANIE SALAS
Notary Public, State of Florida
Commission # EE 830669
My comm. expires Aug. 27, 2016