**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**NICOLE SMITH,**

    **Plaintiff(s),**

**v.**                                          **CASE NO:  5:14-CV-337-JSM-PRL**

**AP ACCOUNT SERVICES, LLC,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Plaintiffs has failed to show cause, in writing, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05, in accordance with this Court's Order to Show Cause (Dkt. #5) entered on October 14, 2014.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 3, 2014.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

*S:\OCALA\14-cv-337 dismiss no cmr.wpd*